170 So.2d 423

**Wyman ALLEN et al.**

v.

**STATE.**

**7 Div. 729.**

Court of Appeals of Alabama.

Oct. 6, 1964.

Rehearing Denied Oct. 27, 1964.

Arthur D. Shores, Birmingham, Norman C. Amaker and Jack Greenberg, New York City, for appellants.

Richmond M. Flowers, Atty. Gen., and Winston Huddleston, Sp. Asst. Atty. Gen., for the State.

JOHNSON, Judge.

Affirmed on authority of Banks et al. v. State, ante p. 519, 170 So.2d 417.

Certiorari denied by Supreme Court, 170 So.2d 423.

154 So.2d 674

**Grover BAUGH**

v.

**STATE.**

**7 Div. 697.**

Court of Appeals of Alabama.

Nov. 6, 1962.

Rehearing Denied Jan. 8, 1963.

Reversed on Mandate June 4, 1963.

Grover Baugh, pro se.

MacDonald Gallion, Atty. Gen., for the State.

CATES, Judge.

Habeas corpus on extradition.

Apart from this case involving the demand of Tennessee for Baugh to be brought back to face a charge of burglary, in all other material aspects it resembles Chavers v. State, 41 Ala.App. 585, 143 So.2d 187.

Affirmed.

Reversed and rendered on authority of 275 Ala. 319, 154 So.2d 674.